

```
        FILED
   U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA

  2000 JUL 31  AM 10: 38

     LORETTA G. WHYTE
          CLERK
```

MINUTE ENTRY
SHUSHAN, M.J.
JULY 31, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RONALD PALMISANO, SR. | CIVIL ACTION |
| VERSUS | NO: 00-0036 |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL | SECTION: "B" (1) |

### HEARING ON MOTION

APPEARANCES:   Submitted on briefs

MOTION:   MOTION OF PLAINTIFF, RONALD PALMISANO, SR, TO COMPEL DISCOVERY

**GRANTED**.

Before the court is the motion of plaintiff, Ronald Palmisano, Sr., to compel defendants, Liberty Mutual Insurance Company and Bruce Martin, to file complete answers to interrogatories and fully respond to requests for production of documents and admissions.

Local Rule 7.5 E. of the Eastern District of Louisiana requires that memoranda in opposition

DATE OF ENTRY
JUL 3 1 2000

to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to plaintiff's motion to compel discovery, set for hearing on July 26, 2000 at 9:00 a.m. without oral argument, has been timely submitted. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

IT IS ORDERED that the motion is GRANTED.[1] Defendant is ordered to respond to plaintiff's discovery requests fully and in writing, in accordance with Federal Rule of Civil Procedure 33, 34 and 36 and to make all responsive documents available to plaintiff's counsel, within ten (10) days of entry of this order. All objections to the discovery requests, except on the grounds of attorney-client privilege and work product doctrine, are deemed waived. The plaintiff's request for sanctions, including costs and reasonable attorney's fees incurred with the motion to compel, is DENIED.

```
                                    _____
                                    SALLY SHUSHAN
                                    United States Magistrate Judge
```

---

[1] A motion for reconsideration of this order, if any, must be filed within ten (10) days. The motion must be accompanied by an opposition memorandum to the original motion. Because such a motion would not have been necessary had a timely opposition been filed, the costs incurred in connection with the motion, including attorneys' fees will be assessed against the party moving for reconsideration. *See* Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.