UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RONALD PALMISANO, SR. , ET AL.**  CIVIL ACTION

**VERSES**  NO. 00-0036

**LIBERTY MUTUAL INSURANCE**  SEC. "B"(1)
**COMPANY, ET AL.**

### ORDER OF DISMISSAL

The Court has been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise, and assured that they need only to obtain final authority from principles, execute releases and agreements.  Accordingly,

**IT IS ORDERED** that this action hereby is **DISMISSED** without cost and without prejudice to the right, upon good cause shown, within thirty (30) days, to seek summary judgment enforcing the compromise if it is not consummated by that time.  With the consent of the parties, the Court retains jurisdiction over this action to enforce settlement if not timely consummated or if final settlement authority is not obtained.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY CONSUMMATE**

DATE OF ENTRY
SEP 2 1 2000

1



**SETTLEMENT WITHIN THE THIRTY (30) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.**

New Orleans, Louisiana, this 20th day of September, 2000.

                                            _____
                                            IVAN L.R. LEMELLE
                                            UNITED STATES DISTRICT JUDGE